NUMBER 13-99-754-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 ___________________________________________________________________ 



JOHN WILLIAM WILBURN , Appellant, 



v.

 
THE STATE OF TEXAS , Appellee. 

___________________________________________________________________ 



On appeal from the 117th District Court

of Nueces County, Texas.

 ___________________________________________________________________ 



O P I N I O N

 
Before Chief Justice Seerden and Justices Dorsey and Yañez 

Opinion by Justice Dorsey

 

Appellant John Wilburn pleaded guilty to 3 counts of aggravated robbery and the court sentenced him to forty-five years in
prison for each count, time to be served consecutively. Appellant contends that the punishment was disproportionate to the
seriousness of the offense, in violation of the Eighth and Fourteenth Amendments of the United States Constitution. We
overrule the issue and affirm the conviction. 

 At the hearing on punishment, Appellant did not object to the sentence. In order to preserve a complaint for appellate
review, a party must have presented the trial court with a timely request, objection or motion, stating the specific grounds
for the ruling he desired if those grounds were not apparent from the context. Tex. R. App. P. 33.1(a)(1). Almost any right,
constitutional or statutory, may be waived by failure to make a timely and specific objection. Little v. State, 758 S.W.2d
551, 563 (Tex. Crim. App. 1988); Jones v. State, 825 S.W.2d 470, 472 (Tex. App.-Corpus Christi 1991, pet. ref'd). As a
general rule, an appellant cannot assert error pertaining to his sentence or punishment when he failed to raise such error in
the trial court. Mercado v. State, 718 S.W.2d 291 (Tex. Crim. App. 1986); Scheneider v. State, 645 S.W.2d 463, 466 (Tex.
Crim. App. 1983). This court has previously reached the same conclusion when the defendant's contentions were not raised
in either a motion for new trial or by objection. Quintana v. State, 777 S.W.2d 474, 479 (Tex. App.-Corpus Christi 1989,
pet. ref'd). 

Appellant failed to raise this issue in the trial court and has not preserved error. Tex. R. App. P. 33.1(a)(1). Judgment of
the trial court is AFFIRMED. 

 J. BONNER DORSEY, 

Justice 



Do not publish . 

Tex. R. App. P. 47.3(b). 

Opinion delivered and filed 

this 13th day of July, 2000.